THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WESTERN NATIONAL MUTUAL INSURANCE COMPANY, a foreign Insurer,<br><br>Plaintiff,<br><br>vs.<br><br>NATURAL CREATIONS POOLS, LLC, a Washington limited liability company; EDWARD CASEY CASTILLO d/b/a NATURAL CREATIONS POOLS, INC.,<br><br>Defendants. | CASE NO. 2:24-cv-01405-RAJ<br><br>STIPULATED ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT RE THE DUTY TO DEFEND |

THIS MATTER came before the Court on Plaintiff Western National Mutual Insurance Company's Motion for Summary Judgment re Duty to Defend (ECF No. 20). Defendants Natural Creations Pools, LLC and Edward Casey Castillo d/b/a Natural Creations Pools, Inc. have not filed an opposition brief to Plaintiff's Motion for Summary Judgment re Duty to Defend. The parties have conferred and agree to stipulate to this Order granting Plaintiff's Motion for Summary Judgment re Duty to Defend.

The Court has reviewed the Motion and all related pleadings. Being fully advised, the Court ORDERS that Western National's motion for summary judgment re duty to defend is GRANTED; and Western National has no duty to defend Defendants Natural Creations Pools,

STIPULATED ORDER GRANTING PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT RE DUTY TO DEFEND – 1
USDC WDWA/SEA CASE NO. 2:24-cv-01405-RAJ

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101
(206) 624-1800 | FAX (206) 624-3585

LLC and Edward Casey Castillo d/b/a Natural Creations Pools, Inc. in the Underlying Lawsuit and that Western National may withdraw from their defense.

IT IS SO ORDERED.

DATED this 9th day of May, 2025.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

*Presented by:*

SOHA & LANG, P.S.

*s/ Colleen M. Gutierrez*
Geoffrey Bedell, WSBA No. 28837
Colleen M. Gutierrez, WSBA No. 32523
1325 Fourth Avenue, Suite 940
Seattle, WA 98101
Tel: 206-624-1800
Email: bedell@sohalang.com; gutierrez@sohalang.com
Attorneys for Plaintiff

LAW OFFICES OF W. TRACY CODD

*s/ W. Tracy Codd (email authorization on 5/8/25)*
W. Tracy Codd, WSBA #16745
P.O. Box 1238
Seahurst, WA 98062
Tel: 206-248-6152
Email: wtcodd@comcast.net
*Attorney for Defendants Natural Creations Pools, Inc.*
  *and Edward Casey Castillo d/b/a Natural Creations Pools, Inc.*

STIPULATED ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT RE DUTY TO DEFEND – 2
USDC WDWA/SEA CASE NO. 2:24-cv-01405-RAJ

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON 98101
(206) 624-1800 | FAX (206) 624-3585